**UNITED STATES of America ex rel. Albert SPADER, Appellant**

v.

**Warren W. WILENTZ, Jr., Prosecutor of Middlesex County, New Jersey, et al.**

No. 13172.

United States Court of Appeals Third Circuit.

Argued May 12, 1960.

Decided May 17, 1960.

Albert Spader, pro se.

Warren W. Wilentz, Perth Amboy, N. J., William D. Danberry, New Brunswick, N. J., for appellee.

Before GOODRICH, McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

This is an appeal from the District Court for the District of New Jersey. That court denied the relator's application for a capias. Judge Smith gave the Spader application a very careful analysis and discussion. We can add nothing to what he said.

The judgment of the district court, 25 F.R.D. 492, will be affirmed.

**John L. LEWIS, Henry G. Schmidt and Josephine Roche, as Trustees of the United Mine Workers of America Welfare and Retirement Fund,**

v.

**Edward J. TOTH, individually and trading as Toth Construction Company, Appellant.**

No. 13153.

United States Court of Appeals Third Circuit.

Argued June 7, 1960.

Decided July 28, 1960.

Kim Darragh, Pittsburgh, Pa., for appellant.

Charles L. Widman, Washington, D. C. (Val J. Mitch, Washington, D. C., Alexander Unkovic, Kountz, Fry & Meyer, Pittsburgh, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

We have examined the record in this appeal and have considered carefully the arguments of counsel. We can perceive no error and consequently the judgment appealed from will be affirmed.